AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Adalberto Bejarano Gonzalez

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1 06-M-14M

I, Adalberto Bejarano Gonzalez, charged in a (complaint) (petition) pending in this District with possession of cocaine with intent to distribute in violation of Title 21, U.S.C., 841, 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Adalberto Bejarano
Defendant

[signature]
Counsel for Defendant

Date