IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 92-01 T |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(A) |
| ADALBERTO BEJARANO-GONZALEZ & | ) | & 846 & 853 & 18 U.S.C. §2 |
| ESTROREDARCIO BERNARD, | ) | |
| a/k/a Belige | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

From a time unknown up to and including on or about January 30, 2006, in the District of Rhode Island, the Defendant, ESTROREDARCIO BERNARD, a/k/a Belige, and ADALBERTO BEJARANO-GONZALEZ did knowingly, intentionally and wilfully combine, conspire, confederate and agree with each other, and with others known and unknown to distribute and to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A);

All in violation of 21 U.S.C. § 846.

COUNT TWO

On or about January 30, 2006, in the District of Rhode Island, the Defendants, ESTROREDARCIO BERNARD, a/k/a Belige, and ADALBERTO BEJARANO-GONZALEZ did knowingly and intentionally

possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) and 18 U.S.C. § 2.

FORFEITURE ALLEGATION

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment, the defendants, ESTROREDARCIO BERNARD, a/k/a Belige, and ADALBERTO BEJARANO-GONZALEZ shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offense; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation including, but not limited to, nine thousand, three hundred dollars ($9,300) in U.S. currency that was seized from One Shannon Way, West Warwick, Rhode Island, on January 31, 2006, and seventy thousand, five hundred one dollars ($70,501) that was seized from California Liquors, 84 Union Avenue, Providence, Rhode Island, on January 30, 2006, and twenty thousand dollars ($20,000) that was turned over to the Federal Bureau of Investigation on February 3, 2006 by Xiomara Bernard, Esterodarcio Bernard's wife,

All in violation of 21 U.S.C. § 853.

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: August 9, 2006