AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

US

v.

Adalberto Bejeran Gonzalez

## APPEARANCE

Case Number: CR06-92-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the defendant

I certify that I am admitted to practice in this court.

8-11-06

Date

[signature]

Signature

Edward C. Roy, Jr. 3324

Print Name Bar Number

10 Weybosset Street, Ste. 300

Address

Providence, RI 02903

City State Zip Code

401-528-4281 401-528-4285

Phone Number Fax Number