UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-092 T

ADALBERTO BEJARANO-GONZALEZ :

DEFENDANT'S OBJECTION TO PRE-SENTENCE REPORT

The defendant hereby files the following objection to the pre-sentence report.

Paragraph 18 Role in the offense

The defendant maintains that, pursuant to U.S.S.G. § 3B1.2, the defendant had a minor role, entitling him to a two or three level reduction in his offense level. The defendant was merely a transporter of the narcotics in question, a role described as a "mule". The defendant's minor role as a "mule" is exactly the type of role envisioned by Sentencing Commission as deserving a reduction. PSR,¶ 9.

> For example, a defendant who is convicted of a drug trafficking offense, whose role in that offense was limited to transporting or storing drugs and who is accountable under § 1B1.3 only for the quantity of drugs the defendant personally transported or stored is not preclude from consideration for an adjustment under this guideline.
>
> U.S.S.G. § 3B1.2, comment. (n. 3).

Respectfully, the defendant maintains that he is entitled to a two or three level decrease based on his role as a mule in this offense, resulting in a net offense level of either 24 or 25.

ADALBERTO BEJARANO-GONZALEZ,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that on the 7th day of December, 2006, I served a copy of the within on Mary Rogers, AUSA and Kristin Mattias, USPO via ECF filing.

/s/ Edward C. Roy, Esquire